UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAID TODMAN,

        Plaintiff,

-against-

STATE OF NEW YORK, *et al.*,

        Defendant.

21-CV-4184 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

The order directing Plaintiff to either pay the fees or submit an IFP application and prisoner authorization is VACATED. (ECF 3.) The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 13, 2021
         New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                             Chief United States District Judge